Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN RANER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company,<br><br>　　　　Defendant. | Case No. 22-cv-5718BHS<br><br>**ORDER REGARDING STIPULATED MOTION TO ENTER JUDGMENT ON DEFENDANT'S COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR: JULY 11, 2023** |

## ORDER

Pursuant to the Parties' STIPULATED MOTION TO ENTER JUDGMENT ON DEFENDANT'S THIRD COUNTERCLAIM, the stipulated motion is GRANTED.

The Court hereby enters judgment in favor of Defendant on its third counterclaim asserted in this action seeking declaratory relief, and declares that the work product created by Plaintiff for Defendant in the course of the parties' relationship constitutes a work made for hire pursuant to the Copyright Act, 17 U.S.C. §§ 101 and 201(b), and that Defendant is the owner of all rights, title, and interests in and to such work product under the Copyright Act.

**IT IS SO ORDERED**

//

//

//

ORDER REGARDING STIPULATED MOTION TO ENTER JUDGMENT
ON DEFENDANT'S COUNTERCLAIM
(Case No. 22-cv-5718BHS) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Dated this 12th day of July, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Ashley J. McDonald*
*s/ Venkat Balasubramani*
Ashley J. McDonald, WSBA No. 58237
Venkat Balasubramani, WSBA No. 28269
FOCAL PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
Tel: (206) 529.4827
Fax: (206) 260-3966
Email: Ashley@focallaw.com
Email: Venkat@focallaw.com

**Attorneys for Plaintiff**

*s/ J. Pat Heptig*
J. Pat Heptig (*pro hac vice* admission)
HEPTIG LAW GROUP, LTD.
4140 Deep Valley Drive
Dallas, TX 75244
Tel: 214.856.0714
Email: PHeptig@HeptigLaw.com

David A. Lowe, WSBA No. 24453
LOWE GRAHAM JONES^PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Tel: 206.381.3300
Email: Lowe@LoweGrahamJones.com

**Attorneys for Defendant**

ORDER REGARDING STIPULATED MOTION TO ENTER JUDGMENT
ON DEFENDANT'S COUNTERCLAIM
(Case No. 22-cv-5718BHS) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966