HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN RANER, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company; RICHARD HUENINK, JR., an individual; and JOEL HUENINK, an individual,<br><br>　　　Defendants.<br><br>THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company,<br><br>　　　Counterclaim Plaintiff,<br><br>v.<br><br>RYAN RANER, an individual,<br><br>　　　Counterclaim Defendant. | Case No. 3:22-cv-05718-BHS<br><br>STIPULATED MOTION TO SET RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br><br>JULY 31, 2023 |

　　Plaintiff filed a Second Amended Complaint (Dkt. 53) on July 24, 2023, following the Court's grant of his motion for leave to file (Dkt. 52).

　　The response deadline under Federal Rule of Civil Procedure 15(a)(3) for Defendant The Fun Pimps Entertainment, LLC would be 14 days from the date of filing of the Second Amended Complaint (August 7, 2023).

　　The newly added individual Defendants (Richard Huenink, Jr. and Joel Huenink) agreed

STIPULATED MOTION AND ORDER TO
SET RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT
(Case No. 3:22-cv-05718-BHS) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

to waive service and counsel accepted service on their behalf via email on counsel effective July 31, 2023. In connection with the waiver of service on the individual Defendants, counsel for Defendants requested that all Defendants' responses to the Second Amended Complaint would be due in 30 days, specifically, August 30, 2023.

Thus, to accommodate the travel and personal schedules of counsel, the parties agree and respectfully request that the Court set the deadline for all Defendants to respond to the Second Amended Complaint as August 30, 2023, 30 days from the date of service of the Second Amended Complaint on the individual defendants.

The parties jointly request that the deadline for all Defendants to respond to the Second Amended Complaint shall be August 30, 2023.

SO STIPULATED AND AGREED TO BY:

| | |
|---|---|
| Dated: July 31, 2023 | Dated: July 31, 2023 |
| FOCAL PLLC | HEPTIG LAW GROUP, LTD. |
| *s/ Venkat Balasubramani* <br> *s/ Ashley J. McDonald* <br> Venkat Balasubramani, WSBA No. 28269 <br> Ashley J. McDonald, WSBA No. 58237 <br> 900 1st Ave. S., Suite 201 <br> Seattle, WA 98134 <br> Tel: 206.529.4827 <br> Email: venkat@focallaw.com <br> Email: ashley@focallaw.com <br><br> Attorneys for Plaintiff and Counterclaim Defendant Ryan Raner | *s/ J. Pat Heptig* <br> J. Pat Heptig (pro hac vice admission) <br> 4140 Deep Valley Dr. <br> Dallas, TX 75244 <br> Tel: 214.856.0714 <br> Email: PHeptig@HeptigLaw.com <br><br> LOWE GRAHAM JONES PLLC <br><br> *s/ David A. Lowe* <br> David A. Lowe, WSBA No. 24453 <br> 1325 Fourth Avenue, Suite 1130 <br> Seattle, WA 98101 <br> Tel: 206.381.3300 <br> Email: Lowe@LoweGrahamJones.com <br><br> Attorneys for Defendants Richard Huenink, Jr., Joel Huenink, and The Fun Pimps, LLC (and counterclaim Plaintiff The Fun Pimps, LLC) |

STIPULATED MOTION AND ORDER TO
SET RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT
(Case No. 3:22-cv-05718-BHS) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

## **WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 197 words, in compliance with the Local Civil Rules.

By: *s/  Venkat Balasubramani*
Venkat Balasubramani, WSBA #28269

STIPULATED MOTION AND ORDER TO
SET RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT
(Case No. 3:22-cv-05718-BHS) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**ORDER**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

DATED this 3rd day of August, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER TO
SET RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT
(Case No. 3:22-cv-05718-BHS) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966