HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN RANER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company; RICHARD HUENINK, JR., an individual; and JOEL HUENINK, an individual,<br><br>    Defendants. | Case No. 3:22-cv-05718-TMC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DATES |
| THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>RYAN RANER, an individual,<br><br>    Counterclaim Defendant. | NOTE ON MOTION CALENDAR: October 26, 2023 |

**STIPULATION**

The parties jointly stipulate and respectfully move the Court for an order extending all discovery dates as set forth herein. The extension of the discovery dates as requested herein will not impact the trial or related dates. The parties believe that good cause is shown for this extension for at least the following reasons:

- The current initial expert disclosure deadline is November 13, 2023, and rebuttal

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DATES (Case No. 3:22-cv-05718-TMC) – 1

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

expert disclosures due on December 13, 2023.

- Plaintiff has requested, and Defendant has agreed, to extend the initial expert disclosure and rebuttal expert disclosure deadlines.
- Along with the extended expert disclosure deadlines, both parties agree that additional time is needed to complete discovery in light of both witness and counsel professional and personal commitments, extending the close of discovery by one month, from January 22nd to February 23rd.
- The parties also request that the dispositive motion deadline be extended by two weeks, from February 21st to March 7th to allow the completion of discovery prior to the deadline for dispositive motions.
- The requested extensions do not impact the current trial setting or any trial-related deadlines.

The proposed new schedule is as follows:

| Action | Current Date | Proposed Date |
|---|---|---|
| 5 DAY JURY TRIAL set for 09:00 AM | May 21, 2024 | No change |
| Disclosure of expert testimony under FRCP 26(a)(2) | Nov 13, 2023 | Dec 4, 2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | Dec 13, 2023 | Jan 15, 2024 |
| All motions related to discovery must be filed by | Dec 26, 2023 | Jan 26, 2024 |
| Discovery completed by | Jan 22, 2024 | Feb 23, 2024 |
| All dispositive motions must be filed by | Feb 21, 2024 | Mar 7, 2024 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | Apr 15, 2024 | No change |
| Agreed pretrial order filed with the Court by | Apr 29, 2024 | No change |
| Trial briefs, proposed *voir dire*, jury instructions, agreed neutral statement of the case and deposition designations due by | Apr 30, 2024 | No change |
| Pretrial conference will be held at 03:00 PM on | May 6, 2024 | No change |

The stipulated extension is not submitted for the purposes of delay, but rather due to litigation and party logistics, and is in the interest of justice and fairness. The parties respectfully request that the Court agree to the stipulated extension of time and issue the proposed order submitted herewith.

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DISCOVERY DATES (Case No. 3:22-cv-05718-TMC) – 2

**focal** PLLC
900 1st Ave. S., Suite 203
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

RESPECTFULLY SUBMITTED: October 27, 2023.

| | |
|---|---|
| s/ Ashley J. McDonald, WSBA No. 58237<br>ashley@focallaw.com<br>s/ Venkat Balasubramani, WSBA No. 28269<br>venkat@focallaw.com<br>FOCAL PLLC<br>900 1st Ave. S., Suite 201<br>Seattle, WA 98134<br>T: 206.529.4827<br><br>**Attorneys for Ryan Raner**<br><br>I certify that this memorandum contains 388 words, in compliance with the Local Civil Rules. | s/ David A. Lowe, WSBA No. 24453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES PLLC<br>1325 Fourth Avenue, Suite 1130<br>Seattle, WA 98101<br>T: 206.381.3300<br><br>J. Pat Heptig (admitted *pro hac vice*)<br>PHeptig@HeptigLaw.com<br>HEPTIG LAW GROUP, LTD.<br>4140 Deep Valley Dr.<br>Dallas, TX 75244<br>T: 214.856.0714<br><br>**Attorneys for Defendant** |

## ORDER

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

DATED this 27th day of October, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DATES (Case No. 3:22-cv-05718-TMC) – 3

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966