HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RYAN RANER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company; RICHARD HUENINK, JR., an individual; and JOEL HUENINK, an individual,<br><br>    Defendants.<br><br>THE FUN PIMPS ENTERTAINMENT, LLC, a Texas limited liability company,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>RYAN RANER, an individual,<br><br>    Counterclaim Defendant. | Case No. 3:22-cv-05718-TMC<br><br>STIPULATED MOTION TO CONDUCT DEPOSITIONS (TWO EXPERT AND ONE FACT WITNESS) BEYOND THE DISCOVERY CUTOFF<br><br>NOTE ON MOTION CALENDAR:<br>February 22, 2024 |

**STIPULATION**

The parties jointly stipulate and respectfully move the Court for an order permitting them to conduct three depositions beyond the current deadline for discovery. The parties believe that good cause is shown for this extension for the following reasons:

- The current discovery cut-off date is February 23, 2024. (Dkt. 97.)
- Despite their diligence, the parties have been unable to conduct three remaining

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO CONDUCT DEPOSITIONS
(Case No. 3:22-cv-05718-TMC) – 1

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

depositions, namely, those of: (1) Defendants' expert, Drew Voth; (2) Plaintiff's expert, Bill Burwell; and (3) a fact witness, Lathan Meadows. Subject to the Court's approval, the parties have scheduled those depositions for February 29th, March 5th, and February 28th, respectively.

- The requested limited extension does not impact the current trial setting or any other deadlines.

The stipulated extension is not submitted for the purposes of delay, but rather due to litigation and party logistics, and is in the interest of justice and fairness. The parties respectfully request that the Court agree to the stipulated extension permitting the parties to conduct the three specified depositions after the discovery deadline and issue the proposed order submitted herewith.

RESPECTFULLY SUBMITTED: February 23, 2024.

s/ Ashley J. McDonald, WSBA No. 58237
ashley@focallaw.com
s/ Venkat Balasubramani, WSBA No. 28269
venkat@focallaw.com
FOCAL PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
T: 206.529.4827

**Attorneys for Ryan Raner**

I certify that this memorandum contains 388 words, in compliance with the Local Civil Rules.

s/ David A. Lowe, WSBA No. 24453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300

J. Pat Heptig (admitted *pro hac vice*)
PHeptig@HeptigLaw.com
HEPTIG LAW GROUP, LTD.
4140 Deep Valley Dr.
Dallas, TX 75244
T: 214.856.0714

**Attorneys for Defendants**

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO CONDUCT DEPOSITIONS
(Case No. 3:22-cv-05718-TMC) – 2

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**ORDER**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

DATED this 23rd day of February, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO CONDUCT DEPOSITIONS
(Case No. 3:22-cv-05718-TMC) – 3

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966