UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN RANER,<br><br>          Plaintiff,<br><br>   v.<br><br>THE FUN PIMPS ENTERTAINMENT LLC;<br><br>RICHARD HUENINK; JOEL HUENINK,<br><br>          Defendant. | Case No. 3:22-cv-05718-TMC<br><br>ORDER DENYING MOTION TO SEAL |

     Before the Court is Plaintiff Ryan Raner's motion to file under seal (Dkt. 163) an exhibit in support of his motion to exclude certain opinion testimony of Defendants' expert Drew Voth (Dkt. 161). The document at issue contains excerpts from the transcript of Mr. Voth's deposition, which Defendants have designated as "Confidential" under the Stipulated Protective Order. Dkt. 49.

     Consistent with Local Civil Rule 5(g), as a party "wishing to file a confidential document it obtained from another party in discovery," Raner filed the motion to seal contemporaneously with the documents designated confidential by Defendants but did not argue that the legal standard for keeping the document under seal was satisfied. *See* W.D. Wash. Local Civ.

R. 5(g)(3). Instead, "the party who designated the document confidential must satisfy" those standards "in its response to the motion to seal or in a stipulated motion." *Id.*

Defendants have not responded to the motion to seal or attempted to satisfy the legal standards for sealing. The motion to seal, Dkt. 163, is therefore DENIED, and the Clerk is directed to unseal the document filed at Dkt. 165.

Dated this 25th day of March, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING MOTION TO SEAL - 2